# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 AUG 17  PM 3: 14

DEPUTY CLERK

**Candace Searcy**
Plaintiff

v.

**Orchard National Title**
Defendant
**Courtney Anthony**

Case Number

## 3-21CV1910-X

## Notice of Removal

I am pleading for justice. In the state court there is a case where the Judge Tillery does not listen to the police or the process server. All parties were served and the judge is taking sides with the criminal. I am requesting Judge Jane Boyle to pick up this case.

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 8/17/21 |
| Signature | |
| Print Name | Candace Searcy |
| Address | 6824 Valley Creek Dr |
| City, State, Zip | Fort Worth TX 76179 |
| Telephone | (410) 261-5572 |

Skip to main content
- Directory
- Email Us

# District Judge Jane J. Boyle

## You are here

Home » Judges » District Judges

**Chambers:** 214-753-2740

**Courtroom Deputy:** Jenelle Wilson 214-753-2748

**E-Mail:** Boyle_Clerk@txnd.uscourts.gov

**Court Reporter:** Shawnie Archuleta 214-753-2747

**Courtroom Technology**

1100 Commerce Street, Room 1520
Dallas, Texas 75242-1003

**Courtroom:** 1516

**Case Letter Designation:** (B)

## Judge Tabs

- **Judge Specific Requirements**(active tab)
- **Biography**

Judge Specific Requirements

Judge Boyle follows the Northern District's Local Civil and Criminal Rules. If the information set out below does not address your particular question, you should look to the Local Rules. Judge Boyle also notifies the parties by order of specific requirements that apply to each case, some of which modify the Local Rules. PLEASE NOTE: The following information is intended to acquaint counsel and litigants with the Judge's typical procedures and requirements, not to take the place of common sense or of orders entered in specific cases.

I. **Case Management Procedures**

*PLP*
*$200 pd*

*1c1t Atty*

*DC-21-00529*

## ORIGINAL

**District of Texas**

**Dallas County State Court**

*FILED*
*In 2021 JAN 15 PM 1:39*
*Co... FELICIA PITRE*
*DISTRICT CLERK*
*DALLAS CO., TEXAS*
*Nikhya Harr... DEPUTY*
*Dallas County, Texas*

Candace Searcy

Plaintiff

Vs.

Courtney Anthony

• Orchard National Title

*134th — Judicial District*

**Property lawsuit**

To the Honorable Judge of the US District Court,

I, Candace Searcy, the plaintiff have "proof of burden" against the defendants Courtney Anthony and the Orchard National Title Company. I have proof of breach of contract, fraudulent price gouging and malpractice. While under contract, the realtor Jeremiah Hobbs failed to abide by the rules of an FHA loan. One cannot purchase a home if the deed has not been in the owner's possession for at least 90 days before selling. As a result, the contract was put on hold until the 90 day period which was complete Nov. 14, 2020. She has refused to sign the new contract under the FHA guidelines on Nov. 14th in order to get the appraisals out to close on the correct date with the intent to steal my earnest money. After having the contract extended to Nov. 24th, Courtney Anthony tried to blame me for the miscommunication. She also demanded that I forfeit my earnest money and raise the price on the home which is fraudulent price gauging. She wrote an email of an unconstitutional agreement that I refused to sign.

I was supposed to close of Oct 21, 2020 but the day before closing everything was halted because of the 90 day requirement. I was forced to live out of boxes for the last 30 days and pay an additional $350 in rent because of this discrepancy. We signed a contract that the house was supposed to be sold at 242,000 because the roof was damaged, and the seller was offering $2000 of closing cost. I am demanding that the conditions of the original contract for the sell of the home remain the same at 242,000 and that the seller still contribute to the closing cost of $2000. Courtney raised the price to 246,000 after the appraisal, which is an illegal form of price gouging. She also threatened to sell my home that I have already had inspected and submitted earnest money of $2000 to someone else which is a breach of contract due to the extension signed that they could not sell the home until Nov. 24th. She illegally changed the conditions of my contract for the extension and my signature was forged on legal documents to remove seller concessions to zero, which I did not agree to.

I will also be suing for malpractice because the day before the closing date on Oct 21, 2020 they told me that I could not close and they should have informed me before. As a result, I am suing

for 6,000 in damages because I have spent more money on rent and living under poor conditions. I am also suing to stop the sell of the property 7237 Indiana Avenue, Fort Worth Texas 76137 to any other interested buyers because they have my earnest money and they intentionally tried to steal it which is fraud. They told me this was my home and they would not sell it. They have not signed the agreeing contract in order to get an appraisal on the property in order to close on the correct date. Therefore, I am pressing federal charges for breach of contract, malpractice, and fraudulent price gouging for an item more the 250,000. I am submitting all documents as proof of ill intentions to steal my earnest money and sell the home to someone else.

## Certificate of Service

On the 15th day of January, I filed the foregoing document with the clerk of court for the Dallas County Court of the State of Texas.

Candace Searcy
6824 Valley Creek Dr
Fort Worth TX 76179
(470) 261-5572
crscjs7@gmail.com

# BeachleySmithLaw PLLC
Tarrant County Office
1901 Central Drive, Ste. 606, Bedford, Texas 76021
(817) 554-8220    FAX (817) 554-8221
mjsmith@beachleyplic.com
www.beachleyplic.com    ▣ Law Offices of Charles E. Beachley III PLLC

Monica J. Smith                                              Member of the College of the State Bar of Texas

January 14, 2021

Courtney Anthony
Orchard Title
3201 Dallas Parkway
Suite 200
Frisco Texas 75034

RE: property located at 7237 Indiana Ave, Fort Worth Texas 76137

Dear Ms. Anthony:

Please be advised that this office represents Candace Searcy in claim
against you. Although the facts are or should be well known to you, I recite
them here and invite you, through your counsel, to, in response, point out any
matters disputed by you herein recited.

According to documentation provided to this office, the contract signed
by the parties state that if Ms. Searcy does not qualify for financing, the
earnest money shall be refunded to her. The cancelation of the contract was
signed on November 25, 2020 and cites that Ms. Searcy did not qualify for
financing but yet requests the earnest money be refunded to seller.

Formal demand is hereby made that you tender to Candace Searcy, on
or before the thirtieth day from the date of your receipt of this letter (in
either regular or certified mail form), by and through this office, two
thousand dollars ($2000). If you fail to comply timely with this demand or
make other arrangements acceptable to my client, my client may choose to
file suit against you in a proper court and, in such suit, may seek to recover
reasonable attorney fees, costs of court, pre- and post-judgment interest,
exemplary and/or punitive damages if appropriate, statutory enhancement of
damages if appropriate, injunctive relief if appropriate, and other relief over
and above the basic demand above set forth.

Most sincerely,

Monica J. Smith

# TexInspec
## Home and Termite Inspections
### Since 1985

Invoice: 200916-54819
Date: 12/16/2020

Texinspec
6709 Meadow Crest Drive, North Richland Hills, TX 76180
Phone: (817) 265-5452
Fax:
Email: ClientCare@Texinspec.com

## HOME INSPECTION INVOICE

# PAID

Payor

Candace Searcy
cracjs7@gmail.com
(470) 261-5572

Credit Card $464.00 (#4445) on 09/16/2020

Terms

Due

On Receipt

Client / Subject Property

Candace Searcy
7237 Indiana Ave
Fort Worth, TX 76137

| Item | Amount |
|---|---|
| Home Inspection | $464.00 |
| Fees Subtotal: | $464.00 |
| **Payments** | |
| 09/16/2020  Credit / Debit Card | -$464.00 |
| Payments Subtotal: | -$464.00 |
| Total: | $0.00 |

## Total Due: $0.00

Thank you for your business, if you have any questions please call us at (817) 265-5452



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)          11-2-2015

## AMENDMENT
### TO CONTRACT CONCERNING THE PROPERTY AT

<u>7237 Indiana Ave, Ft Worth, TX 76137</u>
_____
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐(1) The Sales Price in Paragraph 3 of the contract is:
    A. Cash portion of Sales Price payable by Buyer at closing ........................... $ _____
    B. Sum of financing described in the contract........................................... $ _____
    C. Sales Price (Sum of A and B) ................................................................ $ _____

☐(2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:




☐(3) The date in Paragraph 9 of the contract is changed to _____ .
☑(4) The amount in Paragraph 12A(1)(b) of the contract is changed to $2000.0 0 _____ .
☐(5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.
☐(6) Buyer has paid Seller an additional Option Fee of $ _____ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____. This additional Option Fee ☐ will ☐ will not be credited to the Sales Price.
☐(7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.
☐(8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____ .
☐(9) **Other Modifications**: (Insert only factual statements and business details applicable to this sale.)




**EXECUTED the _____ day of ____ 09/17/2020 ____ , 20 _____ . (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**

| | |
|---|---|
| _Candace Searcy_   08/17/2020 07:48 PM GMT | _Michael Boswell_ |
| **Buyer** | **Seller** |
| | |
| **Buyer** | **Seller** |

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

TREC NO. 39-8



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)
## ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)

NOTICE: Not For Use For Condominium Transactions

2-12-18



1. **PARTIES:** The parties to this contract are _____ Orchard Property I, LLC _____
   (Seller) and _____ Candace Searcy _____ (Buyer).
   Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined below.

2. **PROPERTY:** The land, improvements and accessories are collectively referred to as the "Property".
   A. **LAND:** Lot __13__ Block __9__ _____ Huntington Village Ph III _____
   Addition, City of _____ Fort Worth _____, County of _____
   Texas, known as _____ 7237 Indiana Ave _____ 76137-3347 _____
   (address/zip code), or as described on attached exhibit.

   B. **IMPROVEMENTS:** The house, garage and all other fixtures and improvements attached to the above-described real property, including without limitation, the following permanently installed and built-in items, if any: all equipment and appliances, valances, screens, shutters, awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television antennas, mounts and brackets for televisions and speakers, heating and air-conditioning units, security and fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water softener system, kitchen equipment, garage door openers, cleaning equipment, shrubbery, landscaping, outdoor cooking equipment, and all other property owned by Seller and attached to the above described real property.

   C. **ACCESSORIES:** The following described related accessories, if any: window air conditioning units, stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods, door keys, mailbox keys, above ground pool, swimming pool equipment and maintenance accessories, artificial fireplace logs, and controls for: (i) garage doors, (ii) entry gates, and (iii) other improvements and accessories.

   D. **EXCLUSIONS:** The following improvements and accessories will be retained by Seller and must be removed prior to delivery of possession: _____

   E. **RESERVATIONS:** Any reservation for oil, gas, or other minerals, water, timber, or other interests is made in accordance with an attached addendum.

3. **SALES PRICE:**
   A. Cash portion of Sales Price payable by Buyer at closing .................... $ _____ 7,260.00
   B. Sum of all financing described in the attached: ☐ Third Party Financing Addendum,
   ☐ Loan Assumption Addendum, ☐ Seller Financing Addendum ................ $ _____ 234,740.00
   C. Sales Price (Sum of A and B) ................................................ $ _____ 242,000.00

4. **LICENSE HOLDER DISCLOSURE:** Texas law requires a real estate license holder who is a party to a transaction or acting on behalf of a spouse, parent, child, business entity in which the license holder owns more than 10%, or a trust for which the license holder acts as a trustee or of which the license holder or the license holder's spouse, parent or child is a beneficiary, to notify the other party in writing before entering into a contract of sale. Disclose if applicable: _____

5. **EARNEST MONEY:** Within __3__ days after the Effective Date, Buyer must deliver $ __2,000.00__ as earnest money to _____ Orchard Title _____, as escrow agent, at Remote _____ (address). Buyer shall deliver additional earnest money of $ _____ to escrow agent within _____ days after the Effective Date of this contract. If Buyer fails to deliver the earnest money within the time required, Seller may terminate this contract or exercise Seller's remedies under Paragraph 15, or both, by providing notice to Buyer before Buyer delivers the earnest money. If the last day to deliver the earnest money falls on a Saturday, Sunday, or legal holiday, the time to deliver the earnest money is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. Time is of the essence for this paragraph.

6. **TITLE POLICY AND SURVEY:**
   A. **TITLE POLICY:** Seller shall furnish to Buyer at ☒ Seller's ☐ Buyer's expense an owner policy of title insurance (Title Policy) issued by _____ Orchard Title _____ (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinance) and the following exceptions:
   (1) Restrictive covenants common to the platted subdivision in which the Property is located.
   (2) The standard printed exception for standby fees, taxes and assessments.

Initialed for Identification by Buyer __CS__ and Seller __MB__   TREC NO. 20-14

United Real Estate, 2441 LBJ Freeway, Suite 200 Dallas TX 75234                          Phone: (732)430-5100      Fax:                        7237 Indiana Ave
Jeremiah Webb                          Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

Contract Concerning

**7237 Indiana Ave**
**Fort Worth, TX 76137-3347**
(Address of Property)

Page 2 of 10      2-12-18

(3) Liens created as part of the financing described in Paragraph 3.
(4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.
(5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.
(6) The standard printed exception as to marital rights.
(7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.
(8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements:
  ☒ (i) will not be amended or deleted from the title policy; or
  ☐ (ii) will be amended to read, "shortages in area" at the expense of ☐ Buyer ☒ Seller.
(9) The exception or exclusion regarding minerals approved by the Texas Department of Insurance.

B. COMMITMENT: Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or 3 days before the Closing Date, whichever is earlier. If the Commitment and Exception Documents are not delivered within the time required, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

C. SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)
  ☒ (1) Within __5__ days after the Effective Date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (T-47 Affidavit). If Seller fails to furnish the existing survey or affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date. If the existing survey or affidavit is not acceptable to Title Company or Buyer's lender(s), Buyer shall obtain a new survey at ☒ Seller's ☐ Buyer's expense no later than 3 days prior to Closing Date.
  ☐ (2) Within _____ days after the Effective Date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.
  ☐ (3) Within _____ days after the Effective Date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.

D. OBJECTIONS: Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (9) above; or which prohibit the following use or activity: _____.
Buyer must object the earlier of (i) the Closing Date or (ii) _____ days after Buyer receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived by Buyer. Provided Seller is not obligated to incur any expense, Seller shall cure any timely objections of Buyer or any third party lender within 15 days after Seller receives the objections (Cure Period) and the Closing Date will be extended as necessary. If objections are not cured within the Cure Period, Buyer may, by delivering notice to Seller within 5 days after the end of the Cure Period: (i) terminate this contract and the earnest money will be refunded to Buyer; or (ii) waive the objections. If Buyer does not terminate within the time required, Buyer shall be deemed to have waived the objections. If the Commitment or Survey is revised or any new Exception Document(s) is delivered, Buyer may object to any new matter revealed in the revised Commitment or Survey or new Exception Document(s) within the same time stated in this paragraph to make objections beginning when the revised Commitment, Survey, or Exception Document(s) is delivered to Buyer.

E. TITLE NOTICES:
  (1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.
  (2) MEMBERSHIP IN PROPERTY OWNERS ASSOCIATION(S): The Property ☐ is ☒ is not

Initialed for Identification by Buyer _____ and Seller _MB_   TREC No. 20-14

Contract Concerning

7237 Indiana Ave
Fort Worth, TX 76137-2847
(Address of Property)

Page 3 of 10     2-12-18

subject to mandatory membership in a property owners association(s). If the Property is subject to mandatory membership in a property owners association(s), Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2A in which the Property is located, you are obligated to be a member of the property owners association(s). Restrictive covenants governing the use and occupancy of the Property and all dedicatory instruments governing the establishment, maintenance, or operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instrument may be obtained from the county clerk. You are obligated to pay assessments to the property owners association(s). The amount of the assessments is subject to change. Your failure to pay the assessments could result in enforcement of the association's lien on and the foreclosure of the Property.

Section 207.003, Property Code, entitles an owner to receive copies of any document that governs the establishment, maintenance, or operation of a subdivision, including, but not limited to, restrictions, bylaws, rules and regulations, and a resale certificate from a property owners' association. A resale certificate contains information including, but not limited to, statements specifying the amount and frequency of regular assessments and the style and cause number of lawsuits to which the property owners' association is a party, other than lawsuits relating to unpaid ad valorem taxes of an individual member of the association. These documents must be made available to you by the property owners' association or the association's agent on your request.

If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners Association(s) should be used.

(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services, Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.

(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.

(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.

(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, §5.014, Property Code, requires Seller to notify Buyer as follows: As a purchaser of this parcel of real property you are obligated to pay an assessment to a municipality or county for an improvement project undertaken by a public improvement district under Chapter 372, Local Government Code. The assessment may be due annually or in periodic installments. More information concerning the amount of the assessment and the due dates of that assessment may be obtained from the municipality or county levying the assessment. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of your property.

(8) TRANSFER FEES: If the Property is subject to a private transfer fee obligation, §5.205, Property Code, requires Seller to notify Buyer as follows: The private transfer fee

Initialed for identification by Buyer _CS_ and Seller _MB_

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com   7237 Indiana Ave

Contract Concerning

**7237 Indiana Ave**
**Fort Worth, TX 76137-9947**
(Address of Property)

Page 4 of 10    2-12-18

obligation may be governed by Chapter 5, Subchapter G of the Texas Property Code.

(9) PROPANE GAS SYSTEM SERVICE AREA: If the Property is located in a propane gas system service area owned by a distribution system retailer, Seller must give Buyer written notice as required by §141.010, Texas Utilities Code. An addendum containing the notice approved by TREC or required by the parties should be used.

(10) NOTICE OF WATER LEVEL FLUCTUATIONS: If the Property adjoins an impoundment of water, including a reservoir or lake, constructed and maintained under Chapter 11, Water Code, that has a storage capacity of at least 5,000 acre-feet at the impoundment's normal operating level, Seller hereby notifies Buyer: "The water level of the impoundment of water adjoining the Property fluctuates for various reasons, including as a result of: (1) an entity lawfully exercising its right to use the water stored in the impoundment; or (2) drought or flood conditions."

7. **PROPERTY CONDITION:**

A. ACCESS, INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Any hydrostatic testing must be separately authorized by Seller in writing. Seller at Seller's expense shall immediately cause existing utilities to be turned on and shall keep the utilities on during the time this contract is in effect.

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice): (Check one box only)
☒ (1) Buyer has received the Notice.
☐ (2) Buyer has not received the Notice. Within _____ days after the Effective Date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.
☐ (3) The Seller is not required to furnish the notice under the Texas Property Code.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

D. ACCEPTANCE OF PROPERTY CONDITION: "As Is" means the present condition of the Property with any and all defects and without warranty except for the warranties of title and the warranties in this contract. Buyer's agreement to accept the Property As Is under Paragraph 7D(1) or (2) does not preclude Buyer from inspecting the Property under Paragraph 7A, from negotiating repairs or treatments in a subsequent amendment, or from terminating this contract during the Option Period, if any.
(Check one box only)
☒ (1) Buyer accepts the Property As Is.
☐ (2) Buyer accepts the Property As Is provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: _____

(Do not insert general phrases, such as "subject to inspections" that do not identify specific repairs and treatments.)

E. LENDER REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, neither party is obligated to pay for lender required repairs, which includes treatment for wood destroying insects. If the parties do not agree to pay for the lender required repairs or treatments, this contract will terminate and the earnest money will be refunded to Buyer. If the cost of lender required repairs and treatments exceeds 5% of the Sales Price, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

F. COMPLETION OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing: (i) Seller shall complete all agreed repairs and treatments prior to the Closing Date; and (ii) all required permits must be obtained, and repairs and treatments must be performed by persons who are licensed to provide such repairs or treatments or, if no license is required by law, are commercially engaged in the trade of providing such repairs or treatments. At Buyer's election, any transferable warranties received by Seller with respect to the repairs and treatments will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs and treatments prior to the Closing Date, Buyer may exercise remedies under Paragraph 15 or extend the Closing Date up to 5 days if necessary for Seller to complete the repairs and treatments.

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

Initialed for Identification by Buyer _____ and Seller _MB_    **TREC NO. 20-14**

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr., Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com    7237 Indiana Ave

Contract Concerning       **7237 Indiana Ave**
                            **Fort Worth, TX 76137-3347**               Page 5 of 10    2-12-18
                              (Address of Property)

    H. RESIDENTIAL SERVICE CONTRACTS: Buyer may purchase a residential service contract from a residential service company licensed by TREC. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $ 500.00 _____ . Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.

**8. BROKERS' FEES:** All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

**9. CLOSING:**

    A. The closing of the sale will be on or before _____ October 16 _____ , 2020 _____ , or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.

    B. At closing:

       (1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.

       (2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.

       (3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents reasonably required for the closing of the sale and the issuance of the Title Policy.

       (4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.

       (5) If the Property is subject to a residential lease, Seller shall transfer security deposits (as defined under §92.102, Property Code), if any, to Buyer. In such an event, Buyer shall deliver to the tenant a signed statement acknowledging that the Buyer has acquired the Property and is responsible for the return of the security deposit, and specifying the exact dollar amount of the security deposit.

**10. POSSESSION:**

    A. Buyer's Possession: Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: ☒ upon closing and funding ☐ according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. Consult your insurance agent prior to change of ownership and possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.

    B. Leases:

       (1) After the Effective Date, Seller may not execute any lease (including but not limited to mineral leases) or convey any interest in the Property without Buyer's written consent.

       (2) If the Property is subject to any lease to which Seller is a party, Seller shall deliver to Buyer copies of the lease(s) and any move-in condition form signed by the tenant within 7 days after the Effective Date of the contract.

**11. SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit license holder from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.)

**12. SETTLEMENT AND OTHER EXPENSES:**

    A. The following expenses must be paid at or prior to closing:

       (1) Expenses payable by Seller (Seller's Expenses):

          (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.

          (b) Seller shall also pay an amount not to exceed $ _____ _____ to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.

Initialed for identification by Buyer __ CC __ and Seller  _____       TREC NO. 20-14

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5  www.lwolf.com  7237 Indiana Ave

Contract Concerning

**7237 Indiana Ave**
**Fort Worth, TX 76137-2247**
(Address of Property)

Page 6 of 10    2-12-18

(2) Expenses payable by Buyer (Buyer's Expenses): Appraisal fees; loan application fees; origination charges; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; loan title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender; and other expenses payable by Buyer under this contract.

B.  If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

13. **PRORATIONS:**  Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. The tax proration may be calculated taking into consideration any change in exemptions that will affect the current year's taxes. If taxes for the current year vary from the amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

14. **CASUALTY LOSS:**  If any part of the Property is damaged or destroyed by fire or other casualty after the Effective Date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds, if permitted by Seller's insurance carrier, and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any other obligations of Seller under this contract.

15. **DEFAULT:**  If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If Seller fails to comply with this contract, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

16. **MEDIATION:**  It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion will be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

17. **ATTORNEY'S FEES:**  A Buyer, Seller, Listing Broker, Other Broker, or escrow agent who prevails in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding.

18. **ESCROW:**
    A.  ESCROW: The escrow agent is not (i) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (ii) liable for interest on the earnest money and (iii) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent.
    B.  EXPENSES: At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If no closing occurs, escrow agent may: (i) require a written release of liability of the escrow agent from all parties, (ii) require payment of unpaid expenses incurred on behalf of a party, and (iii) only deduct from the earnest money the amount of unpaid expenses incurred on behalf of the party receiving the earnest money.
    C.  DEMAND: Upon termination of this contract, either party or the escrow agent may send a release of earnest money to each party and the parties shall execute counterparts of the release and deliver same to the escrow agent. If either party fails to execute the release, either party may make a written demand to the escrow agent for the earnest money. If only one party makes written demand for the earnest money, escrow agent shall promptly

Initialed for Identification by Buyer  _CS_  __  and Seller  **MB**

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com       7237 Indiana Ave

Contract Concerning _____ **7237 Indiana Ave**
**Fort Worth, TX 76197-3947** _____ Page 7 of 10   2-12-18
(Address of Property)

provide a copy of the demand to the other party. If escrow agent does not receive written objection to the demand from the other party within 15 days, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money.

D. **DAMAGES:** Any party who wrongfully fails or refuses to sign a release acceptable to the escrow agent within 7 days of receipt of the request will be liable to the other party for (i) damages; (ii) the earnest money; (iii) reasonable attorney's fees; and (iv) all costs of suit.

E. **NOTICES:** Escrow agent's notices will be effective when sent in compliance with Paragraph 21. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

19. **REPRESENTATIONS:** All covenants, representations and warranties in this contract survive closing. If any representation of Seller in this contract is untrue on the Closing Date, Seller will be in default. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

20. **FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person," as defined by Internal Revenue Code and its regulations, or if Seller fails to deliver an affidavit or a certificate of non-foreign status to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

21. **NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by fax or electronic transmission as follows:

| To Buyer at: _____ | To Seller at: _____ |
|---|---|
| _____ | _____ |
| Phone: _____ | Phone: _____ |
| Fax: _____ | Fax: _____ |
| E-mail: Jeremiah.b.hobbs@gmail.com | E-mail: _____ |

22. **AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (Check all applicable boxes):

[X] Third Party Financing Addendum
[ ] Seller Financing Addendum
[ ] Addendum for Property Subject to Mandatory Membership in a Property Owners Association
[ ] Buyer's Temporary Residential Lease
[ ] Loan Assumption Addendum
[ ] Addendum for Sale of Other Property by Buyer
[ ] Addendum for Reservation of Oil, Gas and Other Minerals
[ ] Addendum for "Back-Up" Contract
[ ] Addendum for Coastal Area Property
[ ] Addendum for Authorizing Hydrostatic Testing
[ ] Addendum Concerning Right to Terminate Due to Lender's Appraisal

[ ] Environmental Assessment, Threatened or Endangered Species and Wetlands Addendum
[ ] Seller's Temporary Residential Lease
[ ] Short Sale Addendum
[ ] Addendum for Property Located Seaward of the Gulf Intracoastal Waterway
[ ] Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law
[ ] Addendum for Property in a Propane Gas System Service Area
[ ] Other (list): ___

Initialed for Identification by Buyer ___ and Seller ___    **TREC NO. 20-14**

| Contract Concerning | 7237 Indiana Ave<br>Fort Worth, TX 76137-3347<br>(Address of Property) | Page 9 of 10 | 2-12-18 |

## BROKER INFORMATION
(Print name(s) only. Do not sign)

| United Real Estate | | Orchard Brokerage | 0583167 |
| Other Broker Firm | License No. | Listing Broker Firm | License No. |

| represents | [X] Buyer only as Buyer's agent | represents | [ ] Seller and Buyer as an Intermediary |
| | [ ] Seller as Listing Broker's subagent | | [X] Seller only as Seller's agent |

| Jeremiah Hobbs | 0628007c0 | Courtney Anthony | 0662313 |
| Associate's Name | License No. | Listing Associate's Name | License No. |

| jeremiah.b.hobbs@gmail.com | (713)539-9109 | ▓▓▓▓▓▓▓▓▓▓▓ | 214-336-3117 |
| Associate's Email Address | Phone | Listing Associate's Email Address | Phone |

| Lori Miles | | Andy Cook | 683167 |
| Licensed Supervisor of Associate | License No. | Licensed Supervisor of Listing Associate | License No. |

| 5480 Lbj Frwy | | 600 Congress 14th Fl | (469) 458-0489 |
| Other Broker's Address | Phone | Listing Broker's Office Address | Phone |

| Dallas | TX | 75244 | Austin, TX 78701 | | |
| City | State | Zip | City | State | Zip |

| | | Selling Associate's Name | License No. |

| | | Selling Associate's Email Address | Phone |

| | | Licensed Supervisor of Selling Associate | License No. |

| | | Selling Associate's Office Address | |

| | | City | State | Zip |

Listing Broker has agreed to pay Other Broker _____ **3.000%** _____ of the total sales price when the Listing Broker's fee is received. Escrow agent is authorized and directed to pay Other Broker from Listing Broker's fee at closing.

TREC NO. 20-14



**TEXAS REAL ESTATE COMMISSION**

TREC Enforcement Division
P.O. Box 12188
Austin, TX 78711-2188
512-936-3005    Fax: 512-936-3809
www.trec.texas.gov
via email: enforcement@trec.texas.gov

NOTE: You may type information into this form and it will display, but you will need to print, sign and mail the form along with copies of documents to TREC when completed. Information entered into this form can only be saved if you are able to print and save the form as a PDF.

# COMPLAINT FORM

### IF COMPLETING BY HAND, PLEASE PRINT OR TYPE WITH BLACK OR BLUE INK

**I WISH TO FILE A COMPLAINT AGAINST: (check all that apply)**

- [X] Real estate broker or sales agent
- [ ] Inspector
- [ ] Easement/Right-of-Way Agent
- [ ] Unlicensed activity
- [ ] Residential service (home warranty) company
- [ ] Timeshare plan
- [ ] Approved education provider or instructor

**MY CONTACT INFORMATION:**

Name: Candace Searcy
Address: 6824 Valley Creek Drive
City: Fort Worth    State: Texas    Zip: 76179
Email Address: crscjs7@gmail.com
Phone Numbers: Work: _____    Home: _____
Cell: (470) 261-5572    Fax: _____

**INFORMATION CONCERNING THE PERSON OR COMPANY AGAINST WHOM YOU ARE COMPLAINING:**

Person's Name: Courtney Anthony (Orchard Title)
Company Name: 3201 Dallas Parkway Suite 200
Physical Address: Frisco
City: _____    State: TX    Zip: 75034
Phone Number(s): (817) 394-0943
License Number or Registration Number (if known): 0662313

**HAVE YOU FILED A COMPLAINT AGAINST THIS PERSON OR COMPANY WITH ANOTHER AGENCY?** [ ] YES [X] NO

**IF YES, WHICH AGENCY?** _____

**WHAT ACTION HAS BEEN TAKEN BY THE OTHER AGENCY?** _____

_____

_____

_____

_____

_____

_____

_____

**DATE(S) OF TRANSACTION:** ___10/15 — 11/24___

**COMPLAINT DETAIL:** List the facts of your complaint in the order of their occurrence, starting with the earliest date and working forward. Attach additional sheets as needed.

Courtney Anthony is a guilty of breach
of contract. All parties signed for a
loan for $242,000 on the loan amount
with $2000 due at closing from seller.
After signing the contract Courtney
and other parties realized that there
was a 90 day period to qualify for an
FHA loan. All parties agreed to an extension
until 11/24 for closing. The realtor and
Courtney increased the price and a tried to delete
concessions on a document that I did not agree
to. She tried to price gauge and broke the original contract.

**HAVE YOU PREVIOUSLY NOTIFIED THE PERSON OR COMPANY ABOUT YOUR COMPLAINT?** ☒ YES  ☐ NO

**HOW DID YOU NOTIFY THEM?** ☒ WRITTEN (attach copies)  ☒ ORAL (detail each contact)

**WHAT WAS THE RESPONSE?**

No one has responded.

**PLEASE LIST THE NAME(S), ADDRESS(ES), AND PHONE NUMBERS(S) OF ANY WITNESS(ES) WHO HAVE INFORMATION CONCERNING THE SUBJECT MATTER OF YOUR COMPLAINT:**

Jeff Shealey (832) 867-6797
Jeremiah Hobbs (713) 539-9109
Talia Witt (770) 912-5062
Noah Goen (469) 283-1114

**RELEVANT DOCUMENTATION CHECKLIST: (check all that are enclosed)**

- [x] Sales contract (front and back)-all pages an all accompanying forms and attachments
- [ ] Lease/rental agreement (front and back)
- [ ] Listing/managment agreement(front and back)
- [ ] Disclosure statement(s) (e.g. Information about Brokerage Services, Intermediary Relationship Notice, Seller's Disclosure Notice)
- [ ] Closing statement (HUD 1) or Closing Disclosure form (TRID - TILA-RESPA Integrated Disclosure)
- [ ] Multiple listing service (MLS) printout(s)
- [ ] Appraisal(s)
- [ ] Inspection report(s)
- [ ] Photograph(s)
- [ ] Advertising
- [ ] Repair bill(s)
- [ ] Receipt(s)
- [ ] Canceled check(s) (front and back)
- [ ] Monthly statement(s)
- [ ] Correspondence, including demand letter(s) and e-mail(s)
- [ ] Judgment/civil lawsuit document(s) (e.g. original petition, settlement document(s))
- [ ] Other  (describe): _____

## SIGNATURE BLOCK

- I certify that the information contained here and all enclosed documents are true and correct to the best of my knowledge.
- I understand that a copy of my complaint is available to the person or company against whom it is filed and that I may be required to testify at a hearing.
- I understand that a copy of my complaint and accompanying documentation is subject to public inspection.
- I understand that neither the Texas Real Estate Commission nor any of its officers or employees can act or will act as my legal representative or attorney at anytime, and that I am encouraged to retain separate legal counsel.

_____      Date  11/30/20
Signature

**PRIVACY NOTICE**

In accordance with Chapter 559, Government Code, the following notice about certain information laws and practices is given.

(1)  With few exceptions, an individual is entitled on request to be informed about the information that a state governmental body collects about the individual.

(2)  Under Sections 552.021 and 552.023 of the Government Code, the individual is entitled to receive and review the information.

(3)  Under Section 559.004 of the Government Code, the individual is entitled to have the governmental body correct information about the individual that is incorrect.



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)          11-2-2015

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

**7237 Indiana Ave**                                        **Fort Worth**
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

[X] (1) The Sales Price in Paragraph 3 of the contract is:
    A. Cash portion of Sales Price payable by Buyer at closing .................... $ _____ **8,610.00**
    B. Sum of financing described in the contract........................................ $ _____ **237,390.00**
    C. Sales Price (Sum of A and B)............................................................ $ _____ **246,000.00**

[ ] (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:

*Forged signature*

[X] (3) The date in Paragraph 9 of the contract is changed to _____ **November 24** , **2020** .
[X] (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $ _____ .
[ ] (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.
[ ] (6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____ , _____ . This additional Option Fee [ ] will [ ] will not be credited to the Sales Price.
[ ] (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.
[ ] (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____ , _____ .
[X] (9) **Other Modifications:** (Insert only factual statements and business details applicable to this sale.) **removing seller concessions to zero**

EXECUTED the _____ day of _____ **10/22/2020** _____ , _____ . (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)

*Candace Searcy*                                    *Michael Boswell*
10/21/2020 12:12 AM GMT                              dotloop verified
                                                    10/22/20 11:54 AM CDT
                                                    BMGA-WGGH-QQSP-TIT8
**Buyer Candace Searcy**                            **Seller Orchard Property I, LLC**

_____                                               _____
**Buyer**                                           **Seller**

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

**TREC NO. 39-8**

11/30/2020                                          IMG_1549.jpg



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)                    11-2-2015

## AMENDMENT
### TO CONTRACT CONCERNING THE PROPERTY AT

*Contract I Signed for extension*

7237 Indiana Ave                                        Fort Worth

(Street Address and City)

Seller and Buyer amend the contract as follows (check each applicable box)

☒ (1) The Sales Price in Paragraph 3 of the contract is
   A  Cash portion of Sales Price payable by Buyer at closing ....... ..... $        8,540.00
   B  Sum of financing described in the contract  ...  ...   ......... $        236,400.00
   C. Sales Price (Sum of A and B)  ...  ..   ..  ...  ...  .. $        244,000.00
   (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's
       expense, shall complete the following repairs and treatments

☒ (3) The date in Paragraph 9 of the contract is changed to        November 24        2020
   (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $
   (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid
       as follows  $                          by Seller  $                          by Buyer
   (6) Buyer has paid Seller an additional Option Fee of $              for an extension of the
       unrestricted  right  to  terminate  the  contract  on  or  before   5:00   p m   on
                                                          This additional Option Fee    will    will

   not be credited to the Sales Price.
   (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.
   (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as
       set forth in the Third Party Financing Addendum is changed to
   (9) Other Modifications: (Insert only factual statements and business details applicable to this sale.)

EXECUTED the            day of                              . (BROKER: FILL IN THE
DATE OF FINAL ACCEPTANCE.)

Candace Searcy
Buyer Candace Searcy                          Seller Orchard Property I, LLC

Buyer                                         Seller

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract
forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders.
No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended
for complex transactions. Texas Real Estate Commission, P O Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://
www.trec.texas.gov) TREC No. 39-8. This form replaces TREC No. 39-7

TREC NO. 39-8

10-best broker, ABB & BI beaver's suite 200 Dallas TX 75244          Phone: *(844)-***          Fax:          10-best broker



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

## NOTICE OF BUYER'S TERMINATION OF CONTRACT

11-16-18



CONCERNING THE CONTRACT FOR THE SALE OF THE PROPERTY AT

<u>7237 Indiana Ave</u>      <u>Fort Worth</u>

(Street Address and City)

BETWEEN THE UNDERSIGNED BUYER AND <u>Orchard Property I, LLC</u>

_____ (SELLER)

Buyer notifies Seller that the contract is terminated pursuant to the following:

☐ (1) The unrestricted right of Buyer to terminate the contract under Paragraph 23 of the contract.

☐ (2) Buyer cannot obtain Buyer Approval in accordance with the Third Party Financing Addendum to the contract.

☐ (3) The Property does not satisfy Property Approval in accordance with the Third Party Financing Addendum to the contract. Buyer has delivered to Seller lender's written statement setting forth the reason(s) for lender's determination.

☐ (4) Buyer elects to terminate under Paragraph A of the Addendum for Property Subject to Mandatory Membership in a Property Owners' Association.

☐ (5) Buyer elects to terminate under Paragraph 7B(2) of the contract relating to the Seller's Disclosure Notice.

☐ (6) Buyer elects to terminate under Paragraph (3) of the Addendum Concerning Right to Terminate Due to Lender's Appraisal. Buyer has delivered a copy of the Appraisal to Seller.

☐ (7) Buyer elects to terminate under Paragraph 6.D. of the contract (6.C. for Residential Condominium Contract) because timely objections were not cured by the end of the Cure Period.

☒ (8) Other (*identify the paragraph number of contract or the addendum*): <u>The Seller never intended to abide by the contract of the price of the home negotiated at $242,000 and seller concessions at $2000 for closing cost.</u>

NOTE: This notice is not an election of remedies. Release of the earnest money is governed by the contract.

CONSULT AN ATTORNEY BEFORE SIGNING: TREC rules prohibit real estate license holders from giving legal advice. READ THIS FORM CAREFULLY.

_Candace Searcy_     11/22/2020

Buyer          Date       Buyer                Date

**Candace Searcy**

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not suitable for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http:// www.trec.texas.gov) TREC No. 38-6. This form replaces TREC No. 38-5.

TREC No. 38-6

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:   ORCHARD NATIONAL TITLE
      7300 LONE STAR DRIVE, C200
      PLANO, TEXAS 75024

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be addressed to the clerk of the 134th District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being CANDACE SEARCY

Filed in said Court 15th day of January, 2021 against

ORCHARD NATIONAL TITLE
For Suit, said suit being numbered DC-21-00529, the nature of which demand is as follows:
Suit on CNTR CNSMR COM DEBT etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 24th day of May, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas



By _____, Deputy
        ANGELA CONEJO

ATTY
CITATION

DC-21-00529

CANDACE SEARCY
vs.
COURTNEY ANTHONY

ISSUED THIS
24th day of May, 2021

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: ANGELA CONEJO, Deputy

Attorney for Plaintiff
CANDACE SEARCY
6824 VALLEY CREEK DR
FORT WORTH, TEXAS 76179
(470) 261-5572

DALLAS COUNTY
SERVICE FEES
NOT PAID

**OFFICER'S RETURN**

Case No. : DC-21-00529

Court No.134th District Court

Style: CANDACE SEARCY

vs.

COURTNEY ANTHONY

Came to hand on the ____16____ day of ____January____, 20 _21_, at ____100____ o'clock ____P____ .M. Executed at _Suite C200 Plano,TX 75074_ 7390 Lone Star Dr

within the County of ____Collin____ at __130__ o'clock __P__ .M. on the ____29____ day of ____April____

20 _21_ , by delivering to the within named ____courtney anthony____ served via 106

By Leaving with Acceptions who was empl Age. 16

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was ___40___ miles and my fees are as follows: To certify which witness my hand.

Christopher Lambert          PSC-16923
                             Exp-11-30-21

For serving Citation    $ _80.00_   of _Collin_ County, _Texas_

For mileage             $ _0.00_    By _____ Deputy

For Notary              $ _6.00_

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _Christopher Lambert_ before me this _30_ day of _April_ , 20 _21_.

Notary Public _____ County ____Texas____

RICHARD LAMBERT
Notary Public, State of Texas
Comm. Expires 05-01-2023
Notary ID 126903207

**1**

CAUSE NO. DC-21-00529

| | |
|---|---|
| CANDACE SEARCY<br>Plaintiff<br>vs. | IN THE DISTRICT COURT |
| COURTNEY ANTHONY<br>Defendant | 134TH JUDICIAL DISTRICT OF<br><br>DALLAS COUNTY, TEXAS |

## <u>DECLARATION OF PERSONAL SERVICE FACTS</u>

"My name is **CHRISTOPHER LAMBERT**. My PSC is 16923. It's Exp is 11-30-2021. I declare under the penalty of perjury that the following is true and correct;

"I am over the age of eighteen (18) years, and am fully competent to testify to the matters stated in this declaration. I have personal knowledge of the facts and statements contained in this declaration and each is true and correct."

"I am a process Server associated with **FIREPROOF PROCESS SERVER** whose address is 418 Windy Knoll Dr. Murphy, Texas 75094, 972-978-8403."

"I have never been convicted of any felony or crime involving moral turpitude and am not related by blood or marriage to any of the parties to the suit, and I am in all things competent to make oaths of the facts stated herein."

"On the 27TH day of April 2021 I received the Citation, Plaintiffs Original Petition, and Order Granting Substitution of Service.

**First Attempt:**
On the 29th day of April 2021, I served the Original Petition and Order Granting Substitution of Service upon the <u>Receptionist</u> who was situated at the front desk within Defendants place of employment by handing a true and correct copy of the document to the Receptionist at 7300 Lone Star Drive, Ste. C200, Plano, TX 75024"

*[handwritten in right margin: Orchard National Title was served on April 29, 2021]*

**Second Attempt:**
*[handwritten: The receptionist that works for Orchard already had a citation]*
After getting information back from Plaintiff that further verification that Defendant still works at Orchard Nation Title located at 7300 Lone Star Drive, Ste. C200, Plano, TX 75024 was requested by the court, I <u>went back Orchard Nation Title located at 7300 Lone Star Drive, Ste. C200, Plano, TX 75024, spoke with the receptionist who identified herself as a member</u> of the company, and <u>identified the Defendant as a member of the company.</u> <u>I attempted to leave another copy of the Citation and Petition with her, but she refused to take it.</u>

*[handwritten in right margin: After coming back and giving the reception clerk who is employed for Orchard a 2nd citation]*

## DECLARATION

My Name is Christopher Lambert. My PSC is *16925* It's expiration date is *11/30/2021*. I declare under the penalty of perjury that the foregoing is true and correct

Executed in Collin County, State of Texas on the ___*8*___ day of ___*June*___, 20*24*

_____
Declarant Signature
PSC __*16923*__
STATE OF TEXAS

*Proof of financing*



**AnnieMac**
Home Mortgage
American Neighborhood Mortgage Acceptance Company
NMLS# 338923
*"Real People, Real Stories, Real Solutions"*

**American Neighborhood Mortgage
Acceptance Company LLC
23537 Kingsland Blvd 100, Office 200
Katy, TX 77494
NMLS#: 338923**

<u>**COMMITMENT LETTER**</u>

**Pursuant to 7 TAC §81.201(b)**

**Commitment Date:** 10/05/2020

**Borrowers:**
Candace Searcy

**Property Address:**
7237 Indiana Ave
Fort Worth TX 76137

**Mailing Address:**
6824 Valley Worth Dr
Fort Worth TX 76179

**Credit Documentation Expiration: 12/15/20**

**Loan Number:** 4663372142

**Purpose:** Purchase

**Property Type:** Detached

**Occupancy:** PrimaryResidence

**Commitment Expiration:**
**12/15/20**

American Neighborhood Mortgage Acceptance Company LLC has received a signed application from the applicant and reviewed the following if applicable:

- Reviewed Applicant's Credit Report and Credit Score
- Verified Applicant's Income
- Reviewed Applicant's debts and other assets
- Verified Applicant's available cash for down payment and closing costs

We are pleased to inform you that the Mortgage Loan Application referenced above has been approved by American Neighborhood Mortgage Acceptance Company LLC. American Neighborhood Mortgage Acceptance Company LLC will agree to settle the mortgage loan provided the Borrower(s) complies with all the terms and conditions of this approval.

1. <u>**Loan Terms:**</u>    **Loan Amount:** 237,616.00
                     **Program:** Bond TSAHC HmSwtTX FHA 30 Yr Fixed
                     **Maximum Loan to Value Ratio:** 96.500

2. <u>**Lock Terms:**</u>    **Rate locked**    **%**    **Expiration Date:**

               The following will be paid at closing:

               a. $               Loan Origination Fee
               b. $               Loan Discount

       <u>XX</u>    **Floating Rate** – your interest rate and points have not been locked at this time. Although there is a stated interest rate and points on the application, that is merely an estimate. Should the interest rate at the time of lock-in exceed 3.875 %, it will be necessary to submit your loan to our underwriting department for re-approval.

**Courtney Anthony** <courtney.anthony@orchard.com>
to me, Jeff, Jeremiah ▾

Nov 22, 2020, 1:12 PM

We have a signed amendment, showing you agreed. However if you are saying you didn't sign, then there is no reason to even trt to move forward

*& Forgery*

On Sun, Nov 22, 2020 at 12:38 PM Candace Smith <crscjs7@gmail.com> wrote:
This is what I also stated.

Sent from my iPhone

...

**Candace Smith** <crscjs7@gmail.com>
to Courtney, Jeremiah, Jeff ▾

Greetings,

If that's the case refund my earnest money Monday morning. Citation will be served

*I asked for my earnest money back again after asking for it back in Oct-2020*

Sent from my iPhone

Nov 22, 2020, 1:16 PM

On Nov 22, 2020, at 1:12 PM, Courtney Anthony <courtney.anthony@orchard.com> wrote:

...

**Violation: INFO: 2606 Info-Fraud**

| Investigator | Action Type | Date | Comment |
|---|---|---|---|

(Tarrant County). Home was owned by Orchard Property: 3201 Dallas Parkway, Suite 200, Frisco Texas. Comp claims she was supposed to close on October 21st, 2020 however contract lists on or before October 16th, 2020. Sale of home ran into snags due to FHA issues. The paperwork is contradictory in that one part leads the reader to think Orchard is selling an FHA house before the 90 days is up and another appears that Searcy is buying using an FHA loan. Contract 1 was signed by both parties using Docusign with an agreed upon price of $242,00.

Due to the delay an amendment to the contract was executed on 10/22/20. This amendment changed closing date and price from $242,000 to $246,000. Candace Searcy's name is Docusigned on 10/21/20 at 12:44 am gmt hours. Michael Boswell, represents Orchard Property docusigned on 10/22/20 at 11:14am CDT. Searcy claims this document is the forgery and she never agreed to the terms nor signed the contract. She provided what she claims is the amendment she did sign indicating a price of $244,000. This copy she claims is valid is of very poor quality and illegible. The one is darker and very blurry. It does show a sales price of $2__00. Searcys name is Docusigned at the bottom however the date and time are illegible. The sellers docusignature (Orchard Property) is not present. Both documents are docusigned but due to the very poor quality of what Searcy claims is the valid contract a comparison can not be made.

Searcys claim of forgery is due to the fact the docusign signatures are different and she did not agree to the alteration in price. A fair comparison can not be made due to the poor quality of evidence Searcy provided. Furthermore docusign does have different fonts available.

On November 30th, 2020, Searcy filed a formal complaint with the Texas Real Estate Commission (TREC) against Realtor Courtney Anthony who works for Orchard Title. In it she claims Anthony increased the price and deleted concessions on a document she did not agree to. She goes on to make accusations of price gouging. Her complaint does not make an accusation of forgery.

On January 14th, 2021 Beachley Smith Law, representing Searcy, sent Orchard Title a formal demand letter requesting the return of $2,000 in earnest money. It gave a dead line of 13 days after receipt of this letter else wise a law suit is possible.

On January 15th, 2021, one day after the letter was sent, Searcy filed a law suit against Orchard Property in Dallas County State court. In her law suit she claimed breach of contract, fraudulent price gouging and malpractice. The law suit went on to state she demanded the terms of the original contract be honored. Searcy claimed that Orchard threatened to sell her house to someone else. She ended her lawsuit by stating she was "pressing federal charges for

REQUESTED

| Investigator | Action Type | Date | Comment |
|---|---|---|---|

breach of contract, malpractice, and fraudulent price gouging for an item more then (sic) 250,000". She also submitted all documents as "proof of ill intentions to steal my earnest money and sell the home to someone else."

February 2nd, 2021 Searcy received her $2,000 earnest money back. She also told Orchard Title that she would not be dismissing her lawsuit until she had her home.

On June 3rd, 2021 Searcy responded in person to Orchard Titles office in Plano asking to speak with a manager about her signature being forged. The employee who met face to face with Searcy left the lobby and did not return. Searcy explained to me that this seemed like an admission of guilt. Since she never came back Searcy called the police.

Establishing offense location chronology:

October 22nd, 2020:  Two copies of contract amendment signed; one is claimed to be valid the other forged

November 30th, 2020:  Searcy completes a handwritten TREC complaint against Orchard and Courtney Anthony

January 14th, 2021:  Beachley Smith Law firm sends Orchard formal demand letter

All above incidents showed Orchard Title to have an address of 3201 Dallas Parkway, Suite 200, Frisco, Texas. June 2021 I spoke with management at said address. They believed Orchard moved out in April or May 2021. Searcy argued that Orchard moved in January of 2021. Either date indicates that Orchard was operating out of the City of Frisco at the time Searcy alleges a forgery occurred.  No link to Plano.

REQUESTED ONLY

JS 44 (Rev. 10/20)  TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED
AUG 17 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-21CV1910-X

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [x] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fraud

Brief description of cause:  Forgery of housing documents

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   8/17/21

JUDGE  Tillery

DOCKET NUMBER

DATE  8/17/21

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

Supplemental Civil Cover Sheet
Page 1 of 2



RECEIVED

AUG 17 2021

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Supplemental Civil Cover Sheet for Cases Removed From State Court

# 3-21CV1910-X

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |-------|-------------|
   | State Court | DC-2100529 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |----------------------|-------------|
   | Candace Searcy Plaintiff v.s. Orchard Title Courtney Anthony | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes        ☑ No

   If *"Yes,"* by which party and on what date?

   _____        _____
   Party                                         Date

Supplemental Civil Cover Sheet
Page 2 of 2

4. **Answer:**

Was an Answer made in State Court?   ☐ Yes            ☒ No

    If "*Yes*," by which party and on what date?

_____          _____

Party                                                                        Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| | |
| | |
| | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| | |